UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SEAN MICHAEL REILLY,<br><br>　　　　　　　Defendant. | NO:  2:15-CR-0076-TOR<br><br>PROTECTIVE ORDER |

BEFORE THE COURT are the United States' Motion for Protective Order (ECF No. 18) and Motion to Expedite (ECF No. 19).  The matters were submitted for consideration without oral argument.  The Court has reviewed the motions and the file therein and is fully informed. For good cause shown, the motions are granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The United States' Motion for Protective Order (ECF No. 18) and Motion to Expedite (ECF No. 19) are **GRANTED**.

PROTECTIVE ORDER ~ 1

2. The privacy protection measures mandated by 18 U.S.C. § 3509(d), when a case involves a person under the age of eighteen years who is alleged to be a victim of a crime of sexual exploitation, or a witness to a crime committed against another person, apply to this case.

3. All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall:

    a. Keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and

    b. Disclose such documents or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information.

4. All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order, and that the person who makes the filing shall submit to the clerk of the court:

    a. The complete paper to be kept under seal; and

      b.    The paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record.

5.    Counsel for the government and counsel for Defendant shall provide one another with a copy of each unredacted pleading filed in this case, provided that such pleading is not filed *in camera*.

6.    The parties and the witnesses shall not disclose either alleged minor victim's names at pre-trial proceedings or at trial in this case. The parties shall prepare their witnesses and instruct them to refer to the alleged minor victims only by using pseudonyms (e.g., "Victim A", "Victim B" etc.) which will be agreed to by counsel, rather than their names, in opening statements and in closing arguments.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** September 18, 2015.



                    THOMAS O. RICE
                United States District Judge

PROTECTIVE ORDER ~ 3